# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONRAD A. MCWILLIAMS, ) | |
| ) | Civil Action No. 11 - 1214 |
| Petitioner, ) | |
| ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| MICHAEL HARLOW and THE ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

**AND NOW**, this 8th day of January, 2013;

**IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 3) is **DISMISSED** as untimely.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Conrad A. McWilliams
AC 8672
10745 Route 18
Albion, PA 16475-0002

1

*Via First Class Mail*

Counsel of Record
*Via ECF Electronic Mail*